ANDREW WONG, ESQ.
Nevada Bar No. 14133
VEGAS GOLDEN LAW
2801 S Valley View Blvd, Ste 16
Las Vegas, NV 89102
Phone (702) 385-7170
Email: vegasgoldenlaw@gmail.com

Attorney for Defendant- Devin Michael Hornick

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>      v.<br><br>DEVIN MICHAEL HORNICK,<br><br>             Defendant. | Case No. 2:22-mj-00940-NJK<br><br>**STIPULATION FOR VIDEO APPEARANCE** |

   IT IS HEREBY STIPULATED AND AGREED, by and between Jason Frierson, United States Attorney, and Imani Dixon, Assistant United States Attorney, counsel for the United States of America, and Andrew Wong, counsel for Devin Michael Hornick, that the initial appearance scheduled for March 23, 2023 be conducted by video.

   The Stipulation is entered into for the following reasons:

   1.   Mr. Hornick appeared in-person for his initial appearance date on February 16, 2023.  At that time, Mr. Hornick a continuance to retain counsel.

   2.   On March 3, 2023, Mr. Hornick retained Mr. Wong to represent him in this case.

   3.   Mr. Hornick lives and works in Orange County, California.  He had to make special travel arrangements to attend his February 16 initial appearance in Las Vegas.

   4.   To avoid additional travel burdens on Mr. Hornick, defense counsel requests that he be allowed to make his initial appearance by video.

5. The government does not object to Mr. Hornick appearing by video for his initial appearance.

This is the first stipulation for video appearance filed herein.

DATED: March 6, 2023.

By */s/ Andrew Wong*
Andrew Wong
Counsel for Devin Michael Hornick

JASON FRIERSON
United States Attorney

By */s/ Imani Dixon*
Imani Dixon
Assistant United States Attorney

This stipulation to appear by video is GRANTED.  Defense counsel must contact the undersigned's courtroom deputy to coordinate that appearance at least two days prior to the hearing.
IT IS SO ORDERED.
Dated:  March 7, 2023
.
.
.
_____
Nancy J. Koppe
United States Magistrate Judge