ANDREW WONG, ESQ.
Nevada Bar No. 14133
VEGAS GOLDEN LAW
2801 S Valley View Blvd, Ste 16
Las Vegas, NV 89102
Phone (702) 385-7170
Email: vegasgoldenlaw@gmail.com

Attorney for Defendant- Devin Michael Hornick

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DEVIN MICHAEL HORNICK,<br><br>　　　　Defendant. | Case No. 2:22-mj-00940-NJK<br><br>**STIPULATION TO CONTINUE BENCH TRIAL** |

　　　　IT IS HEREBY STIPULATED AND AGREED, by and between Jason Frierson, United States Attorney, and Imani Dixon, Assistant United States Attorney, counsel for the United States of America, and Andrew Wong, counsel for Devin Michael Hornick, that the bench trial scheduled for May 31, 2023 be continued at least 30 days to the Court's next petty offense calendar.

　　　　The Stipulation is entered into for the following reasons:

　　　　1.　　The parties have resolved this case.

　　　　2.　　Mr. Hornick lives and works in Orange County, California. He needs additional time to make travel arrangements to appear in-person in Las Vegas for his change of plea.

　　　　3.　　The government does not object to continuing Mr. Hornick's bench trial/change of plea.

　　　　This is the first request for a continuance.

DATED: May 10, 2023.

By /s/ Andrew Wong
Andrew Wong
Counsel for Devin Michael Hornick

JASON FRIERSON
United States Attorney

By /s/ Imani Dixon

Imani Dixon
Assistant United States Attorney

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>DEVIN MICHAEL HORNICK,<br><br>        Defendant. | Case No. 2:22-mj-940-NJK<br><br>FINDINGS OF FACT, CONCLUSIONS OF LAW AND ORDER |

## FINDINGS OF FACT

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

The Stipulation is entered into for the following reasons:

1. The parties have resolved this case.

2. Mr. Hornick lives and works in Orange County, California. He needs additional time to make travel arrangements to appear in-person in Las Vegas for his change of plea.

3. The government does not object to continuing Mr. Hornick's bench trial/change of plea.

## CONCLUSIONS OF LAW

The ends of justice served by granting said continuance outweigh the best interest of the public and the defendant in a speedy trial, since the failure to grant said continuance would be likely to result in a miscarriage of justice, would deny the parties herein sufficient time and the opportunity within which to be able to effectively and thoroughly resolve this case, taking into account the exercise of due diligence.

**ORDER**

IT IS FURTHER ORDERED the bench trial set for May 31, 2023 at 9:00 am is vacated and set for a change of plea on: July 5, 2023, at 9:00 a.m. in Courtroom 3C.

DATED: May 12, 2023

                                                                       _____
                                                                       UNITED STATES MAGISTRATE JUDGE