# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,  Plaintiff,  v.  DEVIN MICHAEL HORNICK,  Defendant. | Case No. 2:22-mj-00940-NJK  **Order**  [Docket No. 18] |

On May 10, 2023, Defendant (through his counsel) filed a request to continue his bench trial/change of plea to "the Court's next petty offense calendar." Docket No. 17 at 1. On May 12, 2023, the Court granted that request and continued this matter to its petty calendar on July 5, 2023. Docket No. 17 at 4. Now pending before the Court is another stipulation to continue, this time indicating that defense counsel has a scheduling conflict with the date he had sought. Docket No. 18. No details are provided as to the circumstances of this conflict, including what other matter constitutes the conflict or when it arose. The Court is not persuaded that sufficient justification has been shown to change (again) the date that the defense itself sought. Accordingly, the stipulation to continue is **DENIED**.

IT IS SO ORDERED.

DATED: June 1, 2023

_____
Nancy J. Koppe
United States Magistrate Judge