ANDREW WONG, ESQ.
Nevada Bar No. 14133
VEGAS GOLDEN LAW
500 Rose Street
Las Vegas, NV 89106
Phone (702) 385-7170
Email: vegasgoldenlaw@gmail.com

Attorney for Defendant- Devin Michael Hornick

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>DEVIN MICHAEL HORNICK,<br><br>    Defendant. | Case No. 2:22-mj-00940-NJK<br><br>**STIPULATION TO CLOSE CASE** |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason Frierson, United States Attorney, and Imani Dixon, Assistant United States Attorney, counsel for the United States of America, and Andrew Wong, counsel for Devin Michael Hornick, that the case be closed and any remaining term of unsupervised probation be terminated.

The Stipulation is entered into for the following reasons:

1.  On July 5, 2023, Mr. Hornick pled guilty to one amended misdemeanor count of grossly negligent operation. The court sentenced him to a boating safety class, a DUI course and victim impact panel, thirty (30) Alcoholics Anonymous meetings, $810 in fines and special assessments, and a six-month restriction from the Lake Mead Recreational Area. ECF No. 20.

2.  Mr. Hornick has paid his fine and special assessment, completed the required courses, and attended his Alcoholics Anonymous meetings. Defense counsel has provided proof of the meetings and classes to the government.

3. The government confirms that Mr. Hornick has stayed out of trouble and stayed out of the Lake Mead National Recreation Area.

4. Because Mr. Hornick has completed all his requirements and successfully stayed out of trouble and out of the Lake Mead National Recreation Area, the parties request that the Court close this case and terminate any remaining portion of unsupervised probation.

DATED: January 18, 2024.

By /s/ Andrew Wong
Andrew Wong
Counsel for Devin Michael Hornick

JASON FRIERSON
United States Attorney

By /s/ Imani Dixon
Imani Dixon
Assistant United States Attorney

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>        v.<br><br>DEVIN MICHAEL HORNICK,<br><br>                Defendant. | Case No. 2:22-mj-940-NJK<br><br>FINDINGS OF FACT, CONCLUSIONS OF LAW AND ORDER |

## FINDINGS OF FACT

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

The Stipulation is entered into for the following reasons:

1.  On July 5, 2023, Mr. Hornick pled guilty to one amended misdemeanor count of grossly negligent operation. The court sentenced him to a boating safety class, a DUI course and victim impact panel, thirty (30) Alcoholics Anonymous meetings, $810 in fines and special assessments, and a six-month restriction from the Lake Mead Recreational Area. ECF No. 20.

2.  Mr. Hornick has paid his fine and special assessment, completed the required courses, and attended his Alcoholics Anonymous meetings. Defense counsel has provided proof of the meetings and classes to the government.

3.  The government confirms that Mr. Hornick has stayed out of trouble and stayed out of the Lake Mead National Recreation Area.

4.  Because Mr. Hornick has completed all his requirements and successfully stayed out of trouble and out of the Lake Mead National Recreation Area, the parties request that the Court close this case and terminate any remaining portion of unsupervised probation.

.

**<u>ORDER</u>**

IT IS ORDERED that this matter is CLOSED and any remaining term of unsupervised probation is TERMINATED.

DATED: January 22, 2024

_____
UNITED STATES MAGISTRATE JUDGE